# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 22, 2010

Lyle W. Cayce
Clerk

No. 09-41114
c/w No. 10-40082
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DARYL SAM,

Defendant-Appellant

Appeals from the United States District Court
for the Eastern District of Texas
USDC No. 1:09-CR-30-1

Before DAVIS, SMITH and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Daryl Sam has moved for leave to withdraw from representation in Sam's direct criminal appeal and in his appeal from the denial of a motion for relief pursuant to 18 U.S.C. § 3582(c)(2). Counsel has filed briefs in accordance with Anders v. California, 386 U.S. 738 (1967). Sam has filed a response. IT IS ORDERED that Sam's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appeals are CONSOLIDATED. Our independent review of the record, counsel's briefs, and Sam's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motions for leave to withdraw are GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. See 5TH CIR. R. 42.2.